**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:11-cr-00441-JOF-LTW-1 |
| CALVIN JOHNSON, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This court hereby adopts [26], the REPORT AND RECOMMENDATION of Magistrate Judge Linda T. Walker. Further, it denies [10], MOTION to Suppress Evidence by Calvin Johnson.

**IT IS SO ORDERED** this 28th day of November, 2012.


                                                    S/ J. Owen Forrester
                                                  J. OWEN FORRESTER
                                     SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)