IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CALVIN JOHNSON,
   Defendant.

CRIMINAL FILE NO.
1:11-CR-441-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 134] of the Magistrate Judge recommending that the Defendant's Motion to Vacate Sentence [Doc. 131] be DENIED. The Defendant's trial counsel fully presented and argued the defense that the ankle monitor records showed that the Defendant was not present in the home when the photograph showing him holding the assault rifle was taken. There was no error by the Court and no ineffective assistance of counsel. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 131] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 19 day of January, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge